# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 98-50937

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS SANCHEZ-DOMINGUEZ and
OMAR PRIETO-TREVIZO,

Defendants-Appellants.

Appeal from the United States District Court
for the Western District of Texas

(P-97-CR-232-3)

July 15, 1999

Before POLITZ, JOLLY, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Carlos Sanchez-Dominguez and Omar Prieto-Trevizo appeal their convictions for importation and possession with intent to distribute marihuana, challenging the sufficiency of the evidence, denials of motions to suppress the marihuana seized and certain post-arrest statements, and the jury charge on aiding and abetting. Having considered the briefs and oral arguments of counsel and

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

pertinent parts of the record, and finding no reversible error, the convictions and sentences are AFFIRMED.